FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

★ JUL 30 2010 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT FOR THE STATE OF NEW YORK
-----------------------------------------------
JOHN J PETITO, AN INDIVIDUAL;
AND DOES 1-1000

   PLAINTIFF(S),

  AGAINST

JAMES S HALPERN, AN INDIVIDUAL;
AND JEFFREY L THALER, AN INDIVIDUAL;
AND CRAIG THALER, AN INDIVIDUAL;
AND DOUGLAS SHULMAN, AN INDIVIDUAL;
AND TIMOTHY GEITHNER, AN INDIVIDUAL;
AND EMILE H ROBERTSON, AN INDIVIDUAL;
AND WILLIAM J WILKINS, AN INDIVIDUAL;
AND THEODORE LEIGHTON, AN INDIVIDUAL;
AND THOMAS KERRIGAN, AN INDIVIDUAL;
AND MARGARET BUROW, AN INDIVIDUAL;
AND SUSAN EVERETT, AN INDIVIDUAL;
AND JOHN STALLARD, AN INDIVIDUAL;
AND PAT PATTERSON, AN INDIVIDUAL;
AND GAIL PASSEY, AN INDIVIDUAL;
AND DEPARTMENT OF THE TREASURY, A U.S. AGENCY;
AND INTERNAL REVENUE SERVICE, A U.S. AGENCY;
AND INTERNAL REVENUE SERVICE OFFICE OF
  GENERAL COUNSEL, A U.S. AGENCY;
AND BARACK HUSSEIN OBAMA, AN INDIVIDUAL
AND DOES 1-100,

  DEFENDANTS.
-----------------------------------------------

COMPLAINT

CV 10 3497

"JURY TRIAL
 DEMANDED"



     PLAINTIFFS' ORIGINAL COMPLAINT

TO THE HONORABLE COURT:

  JOHN J PETITO (AND DOES 1-1000) ("PLAINTIFF" OR "BIG JOHN")

FILES THIS ORIGINAL COMPLAINT, AND HEREBY COMPLAINS AND ALLEGES AS

FOLLOWS:

## PARTIES AND COMPLAINT

1.  DEFENDANT JAMES S HALPERN ("HALPERN") IS AN INDIVIDUAL WHO WORKS AT THE UNITED STATES TAX COURT, 400 SECOND STREET NW, WASHINGTON DC 20217.  WHILE WORKING AS A TAX COURT JUDGE, HALPERN VIOLATED VARIOUS CONSTITUTIONAL ACTS OF DUE PROCESS OF BIG JOHN, AND DUE TO HIS JUDICIAL MISCONDUCT AND POSSIBLE MENTAL INCAPACITY REGARDING CERTAIN CASES OF JOHN J PETITO, HALPERN HAS INTENTIONALLY DEPRIVED BIG JOHN OF SUCH CONSTITUTIONALLY-GIVEN RIGHTS TO DUE PROCESS! THE VIOLATIONS INCLUDED "JOINING SIDES WITH THE DEFENDANTS AGAINST BIG JOHN; OBSTRUCTING THE DISCOVERY PROCESS OF BIG JOHN;, INFORMING AND INFERRING TO BIG JOHN THAT "THE CASES ARE OVER HIS (BIG JOHN'S) HEAD AND IF HE (BIG JOHN) DOES NOT GET AN ATTORNEY, HE (BIG JOHN) WILL BE RULED AGAINST AS HE (BIG JOHN) TRIES TO LITIGATE THE CASES, IF HE (BIG JOHN) DOES NOT GET AN ATTORNEY! NOTE THAT BIG JOHN HAS HAD WONDERFUL EXPERIENCES WITH TAX COURT JUDGES THAT WERE HONORABLE AND PROPERLY ACTING AS JUDGES; SUCH TAX COURT JUDGES BEING: JUDGE PETER J PANUTHOS, AND JUDGE LEWIS R CARLUZZO (THE JURY IS STILL OUT ON WHETHER L. PAIGE MARVEL IS AN HONORABLE AND PROPER ACTING JUDGE)! HALPERN IS CURRENTLY UNDER INVESTIGATION BY THE JUDICIAL COMMITTEE FOR SUCH VIOLATIONS OF THE "LAWS OF OUR LAND"!

2.  DEFENDANT JEFFREY L THALER ("J THALER"), THE SON OF

"C THALER", AND CO-CONSPIRTATOR PROCESS SERVER, IS AN INDIVIDUAL

WHO IS BELIEVED TO RESIDE AT 472 CEDARHURST AVENUE, CEDARHURST, NEW

YORK 11556.  WHILE WORKING AS A PROCESS SERVER, "J THALER" HAD

DEPRIVED BIG JOHN OF HIS CONSTITUTIONAL RIGHT TO DUE PROCESS, AND

"J THALER" LIED TO THE FEDERAL COURT IN DALLAS TEXAS.

"J THALER", ON 8/26/08, MALICIOUSLY, INTENTIONALLY, AND CRIMINALLY,

WITH SCIENTER, LIED, TO THE FEDERAL COURT NDTX, IN HIS 8/26/08

FILED "AFFIDAVIT OF SERVICE" (REGARDING JOHN J PETITO IN THE

"JOMAR OIL V ENERGYTEC INC, ET AL, FEDERAL COURT NDTX,

3-07CV 1782-L" CASE).  "J THALER" STATED IN SUCH FRAUDULENT AND

CRIMINAL 8/26/08 AFFIDAVIT OF SERVICE THAT HE (J THALER) HAD SERVED

JOHN J PETITO ON 8/21/08 PERSONALLY IN FRONT OF ONE SANFORD COURT;

HOWEVER, "J THALER" ACTUALLY LIED BECAUSE ON 8/21/08, JOHN J PETITO

WAS IN KONA HAWAII (6000 MILES AWAY) AT SUCH TIME!

SEE EXHIBITS "A" AND "B"!  "J THALER" BROKE THE CARDINAL RULE IN

THE COURSE "PROCESS SERVERS 101", THAT BEING, "IF YOU ARE GOING TO

FILE A FALSE AFFIDAVIT OF SERVICE AGAINST A PERSON, MAKE SURE THAT

THAT PERSON IS IN THE SAME STATE AS YOU ARE"!

YOU WILL NOTE THAT THE NEXT DEFENDANT, CRAIG THALER ("C THALER"),

WHO IS THE FATHER OF "J THALER" (ACCORDING TO THEIR NEIGHBORS), ARE

BOTH PROCESS SERVERS, AND "LIKE SON LIKE FATHER" - "C THALER" ALSO,

IN CONSPIRACY, MALICIOUSLY INTENTIONALLY AND WITH SCIENTER, LIED ON

THE 3/25/07 AFFIDAVIT OF SERVICE THAT HE FILED" WITH THE "TEXAS

STATE COURT, REDWATERPET...LLC V ENERGYTEC INC ET AL, DALLAS

COUNTY, 06-11021", REGARDING BIG JOHN.  ENERGYTEC INC IS THE PUBLIC

-3-

CORPORATION THAT <u>BIG JOHN FORCED INTO BANKRUPTCY (IN MAY 2009)</u>,
AFTER FINDING OUT IN YEAR 2006 THAT ENERGYTEC INC HAD PERFORMED THE
<u>$ 50 MILLION ENERGYTEC INC PONZI SCHEME THEFT</u> AGAINST BIG JOHN AND
1000 OTHERS, DURING YEARS 2002 THROUGH 2006! CURRENTLY THE
<u>SHULMAN, GEITHNER, ROBERTSON, WILKINS, THE IRS ATTORNEYS,</u>
<u>AND THE OTHER GOVERNMENT DEFENDANTS ARE "HELPING</u>
<u>CONTINUE THE ENERGYTEC INC FRAUD AND THEFT AGAINST BIG JOHN AND</u>
<u>1000 OTHERS," BY "STEALING THE MONEY LOST DEDUCTION FROM" FROM THE</u>
<u>TAX RETURNS OF BIG JOHN AND 1000 OTHERS</u>!

3. DEFENDANT CRAIG THALER ("C THALER"), <u>THE FATHER OF "J THALER"</u>
AND <u>CO-CONSPIRATOR PROCESS SERVER</u>, IS AN INDIVIDUAL WHO IS
BELIEVED TO RESIDE AT 472 CEDARHURST AVENUE, CEDARHURST, NEW YORK
11556. WHILE WORKING AS A PROCESS SERVER, "C THALER" HAD
DEPRIVED BIG JOHN OF HIS CONSTITUTIONAL RIGHT TO DUE PROCESS, AND
"C THALER" LIED TO THE STATE COURT IN DALLAS TEXAS.
"C THALER", ON 3/25/07, MALICIOUSLY, INTENTIONALLY, AND CRIMINALLY,
WITH SCIENTER, <u>LIED TO THE STATE COURT DALLAS TEXAS, IN HIS</u>
<u>3/25/07 FILED "AFFIDAVIT OF SERVICE" (REGARDING JOHN J PETITO IN</u>
<u>THE "REDWATERPET OIL & GAS ROYAL OIL FAMILY DELECTATION LLC</u>
<u>V ENERGYTEC INC ET AL, STATE COURT OF DALLAS TEXAS, 06-11021"</u>
<u>CASE)</u>. "C THALER" STATED IN SUCH <u>FRAUDULENT AND CRIMINAL 3/25/07</u>
<u>AFFIDAVIT OF SERVICE</u> THAT HE (C THALER) HAD SERVED JOHN J PETITO ON
3/22/07 PERSONALLY IN THE LOBBY OF THE PENNSYLVANIA HOTEL AT
5:58 PM; HOWEVER, "C THALER" ACTUALLY LIED BECAUSE ON 3/22/07,
<u>JOHN J PETITO WAS IN HIS 17TH FLOOR SUITE IN THE PENNSYLVANIA</u>
<u>HOTEL, MEETING WITH CERTAIN INDIVIDUALS, FROM 4:30 PM TILL 9:30 PM,</u>

-4-

WITHOUT LEAVING SUCH SUITE UNTIL 3/24/07 AT 9 AM (WHEN HE LEFT THE
HOTEL)!  SEE EXHIBITS "A" AND "C"!  "C THALER" BROKE THE CARDINAL
RULE IN THE COURSE "PROCESS SERVERS 101", THAT BEING, "IF YOU ARE
GOING TO FILE A FALSE AFFIDAVIT OF SERVICE AGAINST A PERSON, MAKE
SURE THAT THERE ARE NO SECURITY CAMERAS IN THE HOTEL LOBBY, AND
MAKE SURE THAT THE PERSON IS ON THE SAME FLOOR OR IN THE SAME AREA
AS YOU ARE"!  YOU WILL NOTE THAT THE PREVIOUS DEFENDANT,
JEFFREY L THALER ("J THALER"), WHO IS THE SON OF "C THALER"
(ACCORDING TO THEIR NEIGHBORS), ARE BOTH PROCESS SERVERS, AND
"LIKE FATHER LIKE SON" - "J THALER" ALSO, IN CONSPIRACY,
MALICIOUSLY INTENTIONALLY AND WITH SCIENTER, LIED ON THE 8/26/08
AFFIDAVIT OF SERVICE THAT HE FILED" WITH THE "TEXAS
STATE COURT, REDWATERPET...LLC V ENERGYTEC INC ET AL, DALLAS
COUNTY, 06-11021", REGARDING BIG JOHN.  ENERGYTEC INC IS THE PUBLIC
CORPORATION THAT BIG JOHN FORCED INTO BANKRUPTCY (IN MAY 2009),
AFTER FINDING OUT IN YEAR 2006 THAT ENERGYTEC INC HAD PERFORMED THE
$ 50 MILLION ENERGYTEC INC PONZI SCHEME THEFT AGAINST BIG JOHN AND
THOUSANDS OF OTHERS, DURING YEARS 2002 THROUGH 2006!  CURRENTLY
DEFENDANTS SHULMAN, GEITHNER, ROBERTSON, WILKINS, LEIGHTON,
KERRIGAN, OTHER IRS ATTORNEYS, AND THE OTHER GOVERNMENT DEFENDANTS
ARE "HELPING TO CONTINUE THE ENERGYTEC INC FRAUD AND THEFT AGAINST
BIG JOHN AND 1000 OTHERS," BY "STEALING THE MONEY LOST DEDUCTION
FROM" FROM THE TAX RETURNS OF BIG JOHN AND 1000 OTHERS!

4. DEFENDANT DOUGLAS SHULMAN ("SHULMAN"), IS AN INDIVIDUAL WHO IS BELIEVED TO WORK AT IRS, 10TH STREET AND PENNSYLVANIA AVENUE NW, WASHINGTON DC 20004. SHULMAN IS ALSO KNOWN IN CERTAIN CIRCLES AS DOUGLAS "HIDE YOUR HEAD IN THE SAND" SHULMAN, DUE TO HIS IGNORING THE "IMPROPER ACTIONS AND SYSTEMIC MALFUNCTIONS IN HIS ORGANIZATION", OVER THE PAST TWO YEARS, "AGAINST BIG JOHN AND 1000 OTHERS (RELATIVE TO THE "$ 50 MILLION ENERGYTEC INC PONZI SCHEME THEFT")"! WHILE WORKING AS THE IRS COMMISSIONER, SHULMAN HAD DEPRIVED BIG JOHN OF HIS CONSTITUTIONAL RIGHT TO DUE PROCESS, AND SHULMAN ALSO ALLOWED THE VIOLATIONS OF IRC SECTION 6103 (INCLUDING SLANDER AND INVASION OF PRIVACY) AGAINST JOHN J PETITO BY THE OTHER GOVERNMENT DEFENDANTS! OVER THE PAST TWO YEARS, BIG JOHN HAD REPEATEDLY SENT LETTERS TO SHULMAN COMPLAINING ABOUT SUCH IRS EMPLOYEE "INTENTIONAL AND MALICIOUS DISREGARD OF THE TAX LAW AGAINST BIG JOHN AND 1000 OTHERS, VIOLATIONS OF DUE PROCESS AGAINST BIG JOHN AND 1000 OTHERS, SLANDER AGAINST BIG JOHN, DISCLOSING OF BIG JOHN'S PERSONAL TAX INFORMATION TO OTHERS, THREATS MADE TO BIG JOHN BY THEODORE LEIGHTON THAT HE WILL CONTINUE TO TRY TO KILL BIG JOHN'S BROTHER (A BROTHER TO BIG JOHN), MARGARET BUROW'S "HIDING OF TWO NEW JERSEY IRS EMPLOYEES FROM INVESTIGATION" WHO WERE CRIMINALS FOR ATTACKING AN EMPLOYEE, AND DEFAMATION OF BIG JOHN'S CHARACTER! SHULMAN IGNORED SUCH LETTERS! CURRENTLY, DEFENDANTS SHULMAN, GEITHNER, ROBERTSON, WILKINS, LEIGHTON, KERRIGAN, OTHER IRS ATTORNEYS, AND THE OTHER GOVERNMENT DEFENDANTS ARE "HELPING TO CONTINUE THE ENERGYTEC INC FRAUD AND THEFT AGAINST BIG JOHN AND 1000 OTHERS," BY "STEALING THE MONEY

-6-

LOST DEDUCTION FROM" FROM THE TAX RETURNS OF BIG JOHN AND 1000 OTHERS!

5. DEFENDANT TIMOTHY GEITHNER ("GEITHNER"), IS AN INDIVIDUAL WHO IS BELIEVED TO WORK AT DEPARTMENT OF THE TREASURY, 1500 PENNSYLVANIA AVENUE NW, WASHINGTON DC 20220. GEITHNER IS ALSO KNOWN IN CERTAIN CIRCLES AS TIMOTHY "TURBO-TAX" GEITHNER, DUE TO HIS BLAMING OF HIS "FRAUDULENT TAX RETURN ITEMS ON HIS USE OF THE TURBO-TAX SOFTWARE TO PREPARE HIS TAX RETURN. ALSO, GEITHNER HAS BEEN IGNORING THE "IMPROPER ACTIONS AND SYSTEMIC MALFUNCTIONS IN HIS ORGANIZATION", OVER THE PAST TWO YEARS, "AGAINST BIG JOHN AND 1000 OTHERS (RELATIVE TO THE "$ 50 MILLION ENERGYTEC INC PONZI SCHEME THEFT")"! WHILE WORKING AS THE TREASURY SECRETARY, GEITHNER HAD DEPRIVED BIG JOHN OF HIS CONSTITUTIONAL RIGHT TO DUE PROCESS, AND GEITHNER ALSO ALLOWED THE VIOLATIONS OF IRC SECTION 6103 (INCLUDING SLANDER AND INVASION OF PRIVACY) AGAINST JOHN J PETITO BY THE OTHER GOVERNMENT DEFENDANTS! OVER THE PAST TWO YEARS, BIG JOHN HAD REPEATEDLY SENT LETTERS TO GEITHNER COMPLAINING ABOUT SUCH IRS EMPLOYEE "INTENTIONAL AND MALICIOUS DISREGARD OF THE TAX LAW AGAINST BIG JOHN AND 1000 OTHERS, VIOLATIONS OF DUE PROCESS AGAINST BIG JOHN AND 1000 OTHERS, SLANDER AGAINST BIG JOHN, DISCLOSING OF BIG JOHN'S PERSONAL TAX INFORMATION TO OTHERS, THREATS MADE TO BIG JOHN BY THEODORE LEIGHTON THAT HE WILL CONTINUE TO TRY TO KILL BIG JOHN'S BROTHER (A BROTHER TO BIG JOHN), MARGARET BUROW'S "HIDING OF TWO NEW JERSEY IRS EMPLOYEES FROM INVESTIGATION" WHO WERE CRIMINALS FOR ATTACKING AN EMPLOYEE, AND DEFAMATION OF BIG JOHN'S CHARACTER! GEITHNER IGNORED SUCH LETTERS!

-7-

CURRENTLY, DEFENDANTS SHULMAN, GEITHNER, ROBERTSON, WILKINS, LEIGHTON, KERRIGAN, OTHER IRS ATTORNEYS, AND THE OTHER GOVERNMENT DEFENDANTS ARE "HELPING TO CONTINUE THE ENERGYTEC INC FRAUD AND THEFT AGAINST BIG JOHN AND 1000 OTHERS," BY "STEALING THE MONEY LOST DEDUCTION FROM" FROM THE TAX RETURNS OF BIG JOHN AND 1000 OTHERS!

6. DEFENDANT EMILE H ROBERTSON ("ROBERTSON"), IS AN INDIVIDUAL WHO IS BELIEVED TO WORK AT DEPARTMENT OF THE TREASURY (LARGE AND MID-SIZE BUSINESS DIVISION), 1500 PENNSYLVANIA AVENUE NW, WASHINGTON DC 20220. ROBERTSON HAS BEEN IGNORING OF THE "IMPROPER ACTIONS AND SYSTEMIC MALFUNCTIONS IN HIS ORGANIZATION", OVER THE PAST TWO YEARS, "AGAINST BIG JOHN AND 1000 OTHERS (RELATIVE TO THE "$ 50 MILLION ENERGYTEC INC PONZI SCHEME THEFT")"! WHILE WORKING AS THE HEAD OF THE IRS LARGE AND MID-SIZE BUSINESS DIVISION, ROBERTSON HAD DEPRIVED BIG JOHN OF HIS CONSTITUTIONAL RIGHT TO DUE PROCESS, AND ROBERTSON ALSO ALLOWED THE VIOLATIONS OF IRC SECTION 6103 (INCLUDING SLANDER AND INVASION OF PRIVACY) AGAINST JOHN J PETITO BY THE OTHER GOVERNMENT DEFENDANTS! OVER THE PAST TWO YEARS, BIG JOHN HAD REPEATEDLY SENT LETTERS TO ROBERTSON COMPLAINING ABOUT SUCH IRS EMPLOYEE "INTENTIONAL AND MALICIOUS DISREGARD OF THE TAX LAW AGAINST BIG JOHN AND 1000 OTHERS, VIOLATIONS OF DUE PROCESS AGAINST BIG JOHN AND 1000 OTHERS, SLANDER AGAINST BIG JOHN, DISCLOSING OF BIG JOHN'S PERSONAL TAX INFORMATION TO OTHERS, THREATS MADE TO BIG JOHN BY THEODORE LEIGHTON THAT HE WILL CONTINUE TO TRY TO KILL BIG JOHN'S BROTHER (A BROTHER TO BIG JOHN), MARGARET BUROW'S "HIDING OF TWO NEW JERSEY IRS EMPLOYEES FROM INVESTIGATION" WHO WERE CRIMINALS FOR ATTACKING AN EMPLOYEE,

AND DEFAMATION OF BIG JOHN'S CHARACTER! ROBERTSON IGNORED SUCH LETTERS! CURRENTLY, DEFENDANTS SHULMAN, GEITHNER, ROBERTSON, WILKINS, LEIGHTON, KERRIGAN, OTHER IRS ATTORNEYS, AND THE OTHER GOVERNMENT DEFENDANTS ARE "HELPING TO CONTINUE THE ENERGYTEC INC FRAUD AND THEFT AGAINST BIG JOHN AND 1000 OTHERS," BY "STEALING THE MONEY LOST DEDUCTION FROM" FROM THE TAX RETURNS OF BIG JOHN AND 1000 OTHERS!

7. DEFENDANT WILLIAM J WILKINS ("WILKINS"), IS AN INDIVIDUAL WHO IS BELIEVED TO WORK AT THE IRS GENERAL COUNSEL,

1500 PENNSYLVANIA AVENUE NW, WASHINGTON DC

20220. WILKINS HAS BEEN IGNORING OF THE "IMPROPER ACTIONS AND SYSTEMIC MALFUNCTIONS IN HIS ORGANIZATION", OVER THE PAST TWO YEARS, "AGAINST BIG JOHN AND 1000 OTHERS (RELATIVE TO THE "$ 50 MILLION ENERGYTEC INC PONZI SCHEME THEFT")"! WHILE WORKING AS THE IRS GENERAL COUNSEL, WILKINS HAD DEPRIVED BIG JOHN OF HIS CONSTITUTIONAL RIGHT TO DUE PROCESS, AND WILKINS ALSO ALLOWED THE VIOLATIONS OF IRC SECTION 6103 (INCLUDING SLANDER AND INVASION OF PRIVACY) AGAINST JOHN J PETITO BY THE OTHER GOVERNMENT DEFENDANTS! OVER THE PAST TWO YEARS, WILKINS DID NOTHING AS BIG JOHN HAD REPEATEDLY SENT LETTERS COMPLAINING ABOUT SUCH IRS EMPLOYEE "INTENTIONAL AND MALICIOUS DISREGARD OF THE TAX LAW AGAINST BIG JOHN AND 1000 OTHERS, VIOLATIONS OF DUE PROCESS AGAINST BIG JOHN AND 1000 OTHERS, SLANDER AGAINST BIG JOHN, DISCLOSING OF BIG JOHN'S PERSONAL TAX INFORMATION TO OTHERS, THREATS MADE TO BIG JOHN BY THEODORE LEIGHTON THAT HE WILL CONTINUE TO TRY TO KILL BIG JOHN'S BROTHER (A BROTHER TO BIG JOHN), MARGARET BUROW'S "HIDING OF TWO NEW JERSEY IRS EMPLOYEES FROM INVESTIGATION" WHO WERE CRIMINALS FOR

ATTACKING AN EMPLOYEE, AND DEFAMATION OF BIG JOHN'S CHARACTER! WILKINS IGNORED SUCH COMPLAINTS! CURRENTLY, DEFENDANTS SHULMAN, GEITHNER, ROBERTSON, WILKINS, LEIGHTON, KERRIGAN, OTHER IRS ATTORNEYS, AND THE OTHER GOVERNMENT DEFENDANTS ARE "HELPING TO CONTINUE THE ENERGYTEC INC FRAUD AND THEFT AGAINST BIG JOHN AND 1000 OTHERS," BY "STEALING THE MONEY LOST DEDUCTION FROM" FROM THE TAX RETURNS OF BIG JOHN AND 1000 OTHERS!

8. DEFENDANT THEODORE LEIGHTON ("LEIGHTON"), IS AN INDIVIDUAL WHO IS WORKS AT THE IRS GENERAL COUNSEL OFFICE, 1600 STEWART AVENUE (601), WESTBURY NY 11590. LEIGHTON HAS BEEN PERFORMING THE "IMPROPER ACTIONS AND SYSTEMIC MALFUNCTIONS IN HIS OFFICE", OVER THE PAST TWO YEARS, "AGAINST BIG JOHN AND 1000 OTHERS (RELATIVE TO THE "$ 50 MILLION ENERGYTEC INC PONZI SCHEME THEFT")"! WHILE WORKING AS AN IRS ATTORNEY, LEIGHTON HAD DEPRIVED BIG JOHN OF HIS CONSTITUTIONAL RIGHT TO DUE PROCESS, AND LEIGHTON ALSO VIOLATED IRC SECTION 6103 (INCLUDING SLANDER AND INVASION OF PRIVACY) AGAINST JOHN J PETITO, IN CONSPIRACY WITH THE OTHER GOVERNMENT DEFENDANTS! LEIGHTON ALSO THREATENED TO CONTINUE TO TRY TO KILL A BROTHER TO BIG JOHN! OVER THE PAST TWO YEARS, LEIGHTON CONSPIRED WITH OTHERS AND PERFORMED IRS EMPLOYEE "INTENTIONAL AND MALICIOUS DISREGARD OF THE TAX LAW AGAINST BIG JOHN AND 1000 OTHERS, VIOLATED RULES OF DUE PROCESS AGAINST BIG JOHN AND 1000 OTHERS, SLANDERED AGAINST BIG JOHN, HELPED DISCLOSE BIG JOHN'S PERSONAL TAX INFORMATION TO OTHERS, HELPED MARGARET BUROW TO "HIDE OF TWO NEW JERSEY IRS EMPLOYEES FROM INVESTIGATION" WHO WERE CRIMINALS FOR ATTACKING AN EMPLOYEE, AND HELPED IN THE DEFAMATION OF BIG JOHN'S CHARACTER!

-10-

CURRENTLY, <u>DEFENDANTS SHULMAN, GEITHNER, ROBERTSON, WILKINS,</u>
<u>LEIGHTON, KERRIGAN, OTHER IRS ATTORNEYS, AND THE OTHER GOVERNMENT</u>
<u>DEFENDANTS ARE "HELPING TO CONTINUE THE ENERGYTEC INC FRAUD AND</u>
<u>THEFT AGAINST BIG JOHN AND 1000 OTHERS," BY "STEALING THE MONEY</u>
<u>LOST DEDUCTION FROM" FROM THE TAX RETURNS OF BIG JOHN AND 1000</u>
<u>OTHERS</u>!

9.  DEFENDANT THOMAS KERRIGAN ("KERRIGAN"), IS AN INDIVIDUAL WHO
IS WORKS AT THE IRS GENERAL COUNSEL OFFICE, 1600 STEWART AVENUE
(601), WESTBURY  NY  11590.  KERRIGAN HAS BEEN <u>PERFORMING THE</u>
<u>"IMPROPER ACTIONS AND SYSTEMIC MALFUNCTIONS IN HIS OFFICE"</u>, OVER
<u>THE PAST TWO YEARS, "AGAINST BIG JOHN AND 1000 OTHERS (RELATIVE TO</u>
<u>THE "$ 50 MILLION ENERGYTEC INC PONZI SCHEME THEFT")</u>"!  WHILE
WORKING AS AN IRS ATTORNEY, KERRIGAN HAD DEPRIVED BIG JOHN OF HIS
CONSTITUTIONAL RIGHT TO DUE PROCESS, AND KERRIGAN
ALSO <u>VIOLATED IRC SECTION 6103 (INCLUDING SLANDER AND INVASION OF</u>
<u>PRIVACY) AGAINST JOHN J PETITO, IN CONSPIRACY WITH THE OTHER</u>
<u>GOVERNMENT DEFENDANTS</u>!  KERRIGAN ALSO ALLOWED LEIGHTON TO
<u>THREATEN TO CONTINUE TO TRY TO KILL A BROTHER TO BIG JOHN</u>!
OVER THE PAST TWO YEARS, KERRIGAN CONSPIRED WITH OTHERS AND
PERFORMED <u>IRS EMPLOYEE "INTENTIONAL AND MALICIOUS DISREGARD OF THE</u>
<u>TAX LAW AGAINST BIG JOHN AND 1000 OTHERS, VIOLATED RULES OF DUE</u>
<u>PROCESS AGAINST BIG JOHN AND 1000 OTHERS, SLANDERED AGAINST BIG</u>
<u>JOHN, HELPED DISCLOSE BIG JOHN'S PERSONAL TAX INFORMATION TO</u>
<u>OTHERS, HELPED MARGARET BUROW TO "HIDE OF TWO NEW JERSEY IRS</u>
<u>EMPLOYEES FROM INVESTIGATION" WHO WERE CRIMINALS FOR ATTACKING AN</u>
<u>EMPLOYEE, AND HELPED IN THE DEFAMATION OF BIG JOHN'S CHARACTER</u>!

-11-

CURRENTLY, DEFENDANTS SHULMAN, GEITHNER, ROBERTSON, WILKINS, LEIGHTON, KERRIGAN, OTHER IRS ATTORNEYS, AND THE OTHER GOVERNMENT DEFENDANTS ARE "HELPING TO CONTINUE THE ENERGYTEC INC FRAUD AND THEFT AGAINST BIG JOHN AND 1000 OTHERS," BY "STEALING THE MONEY LOST DEDUCTION FROM" FROM THE TAX RETURNS OF BIG JOHN AND 1000 OTHERS!

10. DEFENDANT MARGARET BUROW ("BUROW"), IS AN INDIVIDUAL WHO IS WORKS AT THE IRS GENERAL COUNSEL OFFICE, 1600 STEWART AVENUE (601), WESTBURY NY 11590. BUROW HAS BEEN PERFORMING THE "IMPROPER ACTIONS AND SYSTEMIC MALFUNCTIONS IN HIS OFFICE", OVER THE PAST TWO YEARS, "AGAINST BIG JOHN AND 1000 OTHERS (RELATIVE TO THE "$ 50 MILLION ENERGYTEC INC PONZI SCHEME THEFT")"! WHILE WORKING AS AN IRS ATTORNEY, BUROW HAD DEPRIVED BIG JOHN OF HIS CONSTITUTIONAL RIGHT TO DUE PROCESS, AND BUROW ALSO VIOLATED IRC SECTION 6103 (INCLUDING SLANDER AND INVASION OF PRIVACY) AGAINST JOHN J PETITO, IN CONSPIRACY WITH THE OTHER GOVERNMENT DEFENDANTS! BUROW HELPED LEIGHTON TO THREATEN TO CONTINUE TO TRY TO KILL A BROTHER TO BIG JOHN! BUROW ALSO "HID OF TWO NEW JERSEY IRS EMPLOYEES FROM INVESTIGATION" WHO WERE CRIMINALS FOR ATTACKING AN EMPLOYEE! OVER THE PAST TWO YEARS, BUROW CONSPIRED WITH OTHERS AND PERFORMED IRS EMPLOYEE "INTENTIONAL AND MALICIOUS DISREGARD OF THE TAX LAW AGAINST BIG JOHN AND 1000 OTHERS, VIOLATED RULES OF DUE PROCESS AGAINST BIG JOHN AND 1000 OTHERS, SLANDERED AGAINST BIG JOHN, HELPED DISCLOSE BIG JOHN'S PERSONAL TAX INFORMATION TO OTHERS, AND HELPED IN THE DEFAMATION OF BIG JOHN'S CHARACTER!

CURRENTLY, DEFENDANTS SHULMAN, GEITHNER, ROBERTSON, WILKINS, LEIGHTON, KERRIGAN, OTHER IRS ATTORNEYS, AND THE OTHER GOVERNMENT DEFENDANTS ARE "HELPING TO CONTINUE THE ENERGYTEC INC FRAUD AND THEFT AGAINST BIG JOHN AND 1000 OTHERS," BY "STEALING THE MONEY LOST DEDUCTION FROM" FROM THE TAX RETURNS OF BIG JOHN AND 1000 OTHERS!

11.   DEFENDANT SUSAN EVERETT ("EVERETT"), IS AN INDIVIDUAL WHO IS WORKS AT THE IRS, 4050 ALPHA ROAD (IRS TRAINING OFFICE), FARMER'S BRANCH TEXAS 75244.   EVERETT IS ALSO KNOWN, IN SOME CIRCLES, AS SUSAN "SLUT" EVERETT (SLANDERING LYING UNSKILLED TRAINEE).   EVERETT HAS BEEN PERFORMING THE "IMPROPER ACTIONS AND SYSTEMIC MALFUNCTIONS IN HIS OFFICE", OVER THE PAST TWO YEARS, "AGAINST BIG JOHN AND 1000 OTHERS (RELATIVE TO THE "$ 50 MILLION ENERGYTEC INC PONZI SCHEME THEFT")"!   WHILE WORKING AS AN IRS AUDITOR, EVERETT HAD DEPRIVED BIG JOHN OF HIS CONSTITUTIONAL RIGHT TO DUE PROCESS, AND EVERETT ALSO VIOLATED IRC SECTION 6103 (INCLUDING SLANDER AND INVASION OF PRIVACY) AGAINST JOHN J PETITO!   IN JULY 2009, EVERETT MALICIOUSLY REVEALED JOHN J PETITO'S PERSONAL TAX INFORMATION TO A NON-RELATED TAXPAYER.   ALSO, EVERETT SLANDERED JOHN J PETITO TO SUCH PERSON, BY SAYING THAT "JOHN PETITO IS AN UNSCRUPULOUS CHARACTER AND A CON MAN WHO PURPOSELY AND KNOWINGLY SWINDLED THE INVESTORS OUT OF THEIR MONEY"!   ADDITIONALLY, OVER THE PAST TWO YEARS, EVERETT CONSPIRED WITH OTHERS AND PERFORMED IRS EMPLOYEE "INTENTIONAL AND MALICIOUS DISREGARD OF THE TAX LAW AGAINST BIG JOHN AND 1000 OTHERS, VIOLATED RULES OF DUE PROCESS AGAINST BIG

-13-

JOHN AND 1000 OTHERS, SLANDERED AGAINST BIG JOHN, HELPED DISCLOSE BIG JOHN'S PERSONAL TAX INFORMATION TO OTHERS, AND HELPED IN THE DEFAMATION OF BIG JOHN'S CHARACTER! CURRENTLY, DEFENDANTS SHULMAN, GEITHNER, ROBERTSON, WILKINS, LEIGHTON, KERRIGAN, OTHER IRS ATTORNEYS, AND THE OTHER GOVERNMENT DEFENDANTS ARE "HELPING TO CONTINUE THE ENERGYTEC INC FRAUD AND THEFT AGAINST BIG JOHN AND 1000 OTHERS," BY "STEALING THE MONEY LOST DEDUCTION FROM" FROM THE TAX RETURNS OF BIG JOHN AND 1000 OTHERS!

12. DEFENDANT JOHN STALLARD ("STALLARD"), IS AN INDIVIDUAL WHO IS WORKS AT THE IRS, 4050 ALPHA ROAD (IRS TRAINING OFFICE), FARMER'S BRANCH TEXAS 75244. STALLARD IS ALSO KNOWN, IN SOME CIRCLES, AS JOHN "DUMMY" STALLARD, DUE TO HIS ADMITTING THAT HE WAS VERY NEW AND DID NOT KNOW ANYTHING ABOUT A PARTICULAR TYPE OF AUDIT. SADLY, HE WAS WORKING ON 155 OF THAT TYPE AGAINST BIG JOHN AND 1000 OTHERS - "A GREAT EXAMPLE OF FARMER'S BRANCH TEXAS IRS OFFICE STAFFING"! STALLARD HAS BEEN PERFORMING THE "IMPROPER ACTIONS AND SYSTEMIC MALFUNCTIONS IN HIS OFFICE", OVER THE PAST TWO YEARS, "AGAINST BIG JOHN AND 1000 OTHERS (RELATIVE TO THE "$ 50 MILLION ENERGYTEC INC PONZI SCHEME THEFT")"! WHILE WORKING AS AN IRS AUDITOR, STALLARD HAD DEPRIVED BIG JOHN OF HIS CONSTITUTIONAL RIGHT TO DUE PROCESS, AND STALLARD ALSO VIOLATED IRC SECTION 6103 (INCLUDING SLANDER AND INVASION OF PRIVACY) AGAINST JOHN J PETITO! IN JULY 2009, STALLARD HELPED EVERETT IN MALICIOUSLY REVEALING JOHN J PETITO'S PERSONAL TAX INFORMATION TO A NON-RELATED TAXPAYER, AS WELL AS HELPED EVERETT

-14-

TO SLANDER JOHN J PETITO TO SUCH PERSON, BY SAYING THAT "JOHN PETITO IS AN UNSCRUPULOUS CHARACTER AND A CON MAN WHO PURPOSELY AND KNOWINGLY SWINDLED THE INVESTORS OUT OF THEIR MONEY"! ADDITIONALLY, OVER THE PAST TWO YEARS, STALLARD CONSPIRED WITH OTHERS AND PERFORMED IRS EMPLOYEE "INTENTIONAL AND MALICIOUS DISREGARD OF THE TAX LAW AGAINST BIG JOHN AND 1000 OTHERS, VIOLATED RULES OF DUE PROCESS AGAINST BIG JOHN AND 1000 OTHERS, SLANDERED AGAINST BIG JOHN, HELPED DISCLOSE BIG JOHN'S PERSONAL TAX INFORMATION TO OTHERS, AND HELPED IN THE DEFAMATION OF BIG JOHN'S CHARACTER! CURRENTLY, DEFENDANTS SHULMAN, GEITHNER, ROBERTSON, WILKINS, LEIGHTON, KERRIGAN, OTHER IRS ATTORNEYS, AND THE OTHER GOVERNMENT DEFENDANTS ARE "HELPING TO CONTINUE THE ENERGYTEC INC FRAUD AND THEFT AGAINST BIG JOHN AND 1000 OTHERS," BY "STEALING THE MONEY LOST DEDUCTION FROM" FROM THE TAX RETURNS OF BIG JOHN AND 1000 OTHERS!

13.   DEFENDANT PAT PATTERSON ("PATTERSON"), IS AN INDIVIDUAL WHO IS WORKS AT THE IRS, 4050 ALPHA ROAD (IRS TRAINING OFFICE), FARMER'S BRANCH TEXAS 75244. PATTERSON IS ALSO KNOWN, IN SOME CIRCLES, AS PAT "CRIMINAL" PATTERSON, DUE TO HER HAVING ALLOWED THE SAME EXACT TWO DEDUCTIONS IN THE "YEAR 2004 COME LET'S GO OIL FLOW LLC AUDIT," THAT SHE HAS BEEN HAVING HER SUBORDINATE TRAINEE AUDITORS DISALLOW IN 154 OTHER "SAME RELATED LLC'S TWO DEDUCTIONS"! PATTERSON HAS BEEN ORCHESTRATING AND PERFORMING THE "IMPROPER ACTIONS AND SYSTEMIC MALFUNCTIONS IN HIS OFFICE", OVER THE PAST TWO YEARS, "AGAINST BIG JOHN AND 1000 OTHERS (RELATIVE TO THE "$ 50 MILLION ENERGYTEC INC PONZI SCHEME THEFT")"! WHILE

-15-

WORKING AS AN IRS AUDITOR-TRAINEE SUPERVISOR, PATTERSON HAD

DEPRIVED BIG JOHN OF HIS CONSTITUTIONAL RIGHT TO DUE PROCESS, AND

PATTERSON ALSO <u>VIOLATED IRC SECTION 6103 (INCLUDING SLANDER AND</u>

<u>INVASION OF PRIVACY) AGAINST JOHN J PETITO</u>!  IN JULY 2009,

PATTERSON HELPED EVERETT IN MALICIOUSLY <u>REVEALING JOHN J PETITO'S</u>

<u>PERSONAL TAX INFORMATION TO A NON-RELATED TAXPAYER, AS WELL AS</u>

<u>HELPED EVERETT TO SLANDER JOHN J PETITO TO SUCH PERSON, BY SAYING</u>

<u>THAT "JOHN PETITO IS AN UNSCRUPULOUS CHARACTER AND A CON MAN WHO</u>

<u>PURPOSELY AND KNOWINGLY SWINDLED THE INVESTORS OUT OF THEIR MONEY"</u>!

ADDITIONALLY, OVER THE PAST TWO YEARS, PATTERSON CONSPIRED WITH

OTHERS AND PERFORMED <u>IRS EMPLOYEE "INTENTIONAL AND MALICIOUS</u>

<u>DISREGARD OF THE TAX LAW AGAINST BIG JOHN AND 1000 OTHERS, VIOLATED</u>

<u>RULES OF DUE PROCESS AGAINST BIG JOHN AND 1000 OTHERS, SLANDERED</u>

<u>AGAINST BIG JOHN, HELPED DISCLOSE BIG JOHN'S PERSONAL TAX</u>

<u>INFORMATION TO OTHERS, AND HELPED IN THE DEFAMATION OF BIG JOHN'S</u>

<u>CHARACTER</u>!  CURRENTLY, <u>DEFENDANTS SHULMAN, GEITHNER, ROBERTSON,</u>

<u>WILKINS, LEIGHTON, KERRIGAN, OTHER IRS ATTORNEYS, AND THE OTHER</u>

<u>GOVERNMENT DEFENDANTS ARE "HELPING TO CONTINUE THE ENERGYTEC INC</u>

<u>FRAUD AND THEFT AGAINST BIG JOHN AND 1000 OTHERS," BY "STEALING THE</u>

<u>MONEY LOST DEDUCTION FROM" FROM THE TAX RETURNS OF BIG JOHN AND</u>

<u>1000 OTHERS</u>!

14.  DEFENDANT GAIL PASSEY ("PASSEY"), IS AN INDIVIDUAL WHO

IS WORKS AT THE IRS, OGDEN UT OFFICE.  PASSEY IS ALSO KNOWN,

IN SOME CIRCLES, AS <u>GAIL "MONKEY-SEE MONKEY-DO" PASSEY</u>, DUE TO HER

HAVING <u>"CRIMINALLY HIDING EVERETT'S NAME AND LOCATION"</u> FROM

-16-

BIG JOHN, WHILE BIG JOHN WAS PERFORMING HIS CRIMINAL INVESTIGATION OF EVERETT (BEFORE HE FOUND EVERETT'S NAME)! ALSO, CRIMINALLY, PASSEY REFUSED TO GIVE BIG JOHN THE NAME AND CONTACT INFORMATION OF HER (PASSEY'S) SUPERVISOR! FURTHER, SUCH PASSEY SUPERVISOR REFUSED TO COME TO THE TELEPHONE WHEN BIG JOHN ASKED TO TALK TO HER (SHE NEEDS TO BE ADDED AS A DEFENDANT WHEN HER NAME IS REVEALED)! FOR NOW, PASSEY'S SUPERVISOR IS "DEFENDANT DOE NUMBER ONE! PASSEY IS GUILTY OF VIOLATING MANY IRS LAWS AND OBSTRUCTED JUSTICE! PASSEY IS A CONSPIRATOR WITH EVERETT, AND WHEN THE PROPER JUSTICE IS BESTOWED UPON EVERETT, PASSEY WILL LIKEWISE BE DEALT WITH ACCORDINGLY! PASSEY HELPED IN EVERETT'S REVEALING OF BIG JOHN'S PERSONAL TAX INFORMATION TO OTHERS, AND HELPED IN THE DEFAMATION OF BIG JOHN'S CHARACTER! CURRENTLY, DEFENDANTS SHULMAN, GEITHNER, ROBERTSON, WILKINS, LEIGHTON, KERRIGAN, OTHER IRS ATTORNEYS, AND THE OTHER GOVERNMENT DEFENDANTS ARE "HELPING TO CONTINUE THE ENERGYTEC INC FRAUD AND THEFT AGAINST BIG JOHN AND 1000 OTHERS," BY "STEALING THE MONEY LOST DEDUCTION FROM" FROM THE TAX RETURNS OF BIG JOHN AND 1000 OTHERS!

15. DEFENDANT DEPARTMENT OF THE TREASURY ("TREASURY") IS A UNITED STATES GOVERNMENT AGENCY, WHICH IS LOCATED IN WASHINGTON DC. TREASURY HAS BEEN IGNORING THE "IMPROPER ACTIONS AND SYSTEMIC MALFUNCTIONS IN ITS ORGANIZATION", OVER THE PAST TWO YEARS, "AGAINST BIG JOHN AND 1000 OTHERS (RELATIVE TO THE "$ 50 MILLION ENERGYTEC INC PONZI SCHEME THEFT")"! TREASURY HAD DEPRIVED BIG JOHN OF HIS CONSTITUTIONAL RIGHT TO DUE PROCESS, AND TREASURY ALSO ALLOWED THE VIOLATIONS OF IRC SECTION 6103 (INCLUDING SLANDER

AND INVASION OF PRIVACY) AGAINST JOHN J PETITO BY THE OTHER
GOVERNMENT DEFENDANTS!  OVER THE PAST TWO YEARS, BIG JOHN HAD
REPEATEDLY SENT LETTERS TO TREASURY COMPLAINING ABOUT SUCH
IRS EMPLOYEE "INTENTIONAL AND MALICIOUS DISREGARD OF THE TAX LAW
AGAINST BIG JOHN AND 1000 OTHERS, VIOLATIONS OF DUE PROCESS AGAINST
BIG JOHN AND 1000 OTHERS, SLANDER AGAINST BIG JOHN, DISCLOSING OF
BIG JOHN'S PERSONAL TAX INFORMATION TO OTHERS, THREATS MADE TO BIG
JOHN BY THEODORE LEIGHTON THAT HE WILL CONTINUE TO TRY TO KILL BIG
JOHN'S BROTHER (A BROTHER TO BIG JOHN), MARGARET BUROW'S "HIDING OF
TWO NEW JERSEY IRS EMPLOYEES FROM INVESTIGATION" WHO WERE CRIMINALS
FOR ATTACKING AN EMPLOYEE, AND DEFAMATION OF BIG JOHN'S CHARACTER!
TREASURY IGNORED SUCH LETTERS!  CURRENTLY, DEFENDANTS SHULMAN,
GEITHNER, ROBERTSON, WILKINS, LEIGHTON, KERRIGAN, OTHER IRS
ATTORNEYS, AND THE OTHER GOVERNMENT DEFENDANTS ARE "HELPING TO
CONTINUE THE ENERGYTEC INC FRAUD AND THEFT AGAINST BIG JOHN AND
1000 OTHERS," BY "STEALING THE MONEY LOST DEDUCTION FROM" FROM THE
TAX RETURNS OF BIG JOHN AND 1000 OTHERS!
16.  DEFENDANT INTERNAL REVENUE SERVICE ("IRS") IS A UNITED
STATES GOVERNMENT AGENCY, WHICH IS LOCATED IN WASHINGTON DC.
IRS HAS BEEN IGNORING THE "IMPROPER ACTIONS AND SYSTEMIC
MALFUNCTIONS IN ITS ORGANIZATION", OVER THE PAST TWO YEARS,
"AGAINST BIG JOHN AND 1000 OTHERS (RELATIVE TO THE "$ 50 MILLION
ENERGYTEC INC PONZI SCHEME THEFT")"!  IRS HAD DEPRIVED
BIG JOHN OF HIS CONSTITUTIONAL RIGHT TO DUE PROCESS, AND IRS
ALSO ALLOWED THE VIOLATIONS OF IRC SECTION 6103 (INCLUDING SLANDER
AND INVASION OF PRIVACY) AGAINST JOHN J PETITO BY THE OTHER

-18-

GOVERNMENT DEFENDANTS! OVER THE PAST TWO YEARS, BIG JOHN HAD REPEATEDLY SENT LETTERS TO IRS COMPLAINING ABOUT SUCH IRS EMPLOYEE "INTENTIONAL AND MALICIOUS DISREGARD OF THE TAX LAW AGAINST BIG JOHN AND 1000 OTHERS, VIOLATIONS OF DUE PROCESS AGAINST BIG JOHN AND 1000 OTHERS, SLANDER AGAINST BIG JOHN, DISCLOSING OF BIG JOHN'S PERSONAL TAX INFORMATION TO OTHERS, THREATS MADE TO BIG JOHN BY THEODORE LEIGHTON THAT HE WILL CONTINUE TO TRY TO KILL BIG JOHN'S BROTHER (A BROTHER TO BIG JOHN), MARGARET BUROW'S "HIDING OF TWO NEW JERSEY IRS EMPLOYEES FROM INVESTIGATION" WHO WERE CRIMINALS FOR ATTACKING AN EMPLOYEE, AND DEFAMATION OF BIG JOHN'S CHARACTER! IRS IGNORED SUCH LETTERS! CURRENTLY, DEFENDANTS SHULMAN, GEITHNER, ROBERTSON, WILKINS, LEIGHTON, KERRIGAN, OTHER IRS ATTORNEYS, AND THE OTHER GOVERNMENT DEFENDANTS ARE "HELPING TO CONTINUE THE ENERGYTEC INC FRAUD AND THEFT AGAINST BIG JOHN AND 1000 OTHERS," BY "STEALING THE MONEY LOST DEDUCTION FROM" FROM THE TAX RETURNS OF BIG JOHN AND 1000 OTHERS!

17. DEFENDANT INTERNAL REVENUE SERVICE OFFICE OF GENERAL COUNSEL ("COUNSEL"), ALSO KNOWN IN SOME CIRCLES AS BOTTOM-FEEDERS, IS A UNITED STATES GOVERNMENT AGENCY, WHICH IS LOCATED IN WASHINGTON DC. COUNSEL HAS BEEN IGNORING THE "IMPROPER ACTIONS AND SYSTEMIC MALFUNCTIONS IN ITS ORGANIZATION", OVER THE PAST TWO YEARS, "AGAINST BIG JOHN AND 1000 OTHERS (RELATIVE TO THE "$ 50 MILLION ENERGYTEC INC PONZI SCHEME THEFT")"! COUNSEL HAD DEPRIVED BIG JOHN OF HIS CONSTITUTIONAL RIGHT TO DUE PROCESS, AND COUNSEL ALSO ALLOWED THE VIOLATIONS OF IRC SECTION 6103 (INCLUDING SLANDER AND INVASION OF PRIVACY) AGAINST JOHN J PETITO BY THE OTHER

-19-

GOVERNMENT DEFENDANTS!  OVER THE PAST TWO YEARS, BIG JOHN HAD

REPEATEDLY SENT LETTERS TO COUNSEL COMPLAINING ABOUT SUCH

IRS EMPLOYEE "INTENTIONAL AND MALICIOUS DISREGARD OF THE TAX LAW

AGAINST BIG JOHN AND 1000 OTHERS, VIOLATIONS OF DUE PROCESS AGAINST

BIG JOHN AND 1000 OTHERS, SLANDER AGAINST BIG JOHN, DISCLOSING OF

BIG JOHN'S PERSONAL TAX INFORMATION TO OTHERS, THREATS MADE TO BIG

JOHN BY THEODORE LEIGHTON THAT HE WILL CONTINUE TO TRY TO KILL BIG

JOHN'S BROTHER (A BROTHER TO BIG JOHN), MARGARET BUROW'S "HIDING OF

TWO NEW JERSEY IRS EMPLOYEES FROM INVESTIGATION" WHO WERE CRIMINALS

FOR ATTACKING AN EMPLOYEE, AND DEFAMATION OF BIG JOHN'S CHARACTER!

COUNSEL IGNORED SUCH LETTERS!  CURRENTLY, DEFENDANTS SHULMAN,

GEITHNER, ROBERTSON, WILKINS, LEIGHTON, KERRIGAN, OTHER IRS

ATTORNEYS, AND THE OTHER GOVERNMENT DEFENDANTS ARE "HELPING TO

CONTINUE THE ENERGYTEC INC FRAUD AND THEFT AGAINST BIG JOHN AND

1000 OTHERS," BY "STEALING THE MONEY LOST DEDUCTION FROM" FROM THE

TAX RETURNS OF BIG JOHN AND 1000 OTHERS!

18.  DEFENDANT BARACK HUSSEIN OBAMA ("OBAMA"), ALSO KNOWN IN SOME

CIRCLES AS THE "CITIZENSHIP UN-PROVEN PRESIDENT",

IS THE CURRENT PRESIDENT OF THE UNITED STATES, AND IS LOCATED

AT THE WHITE HOUSE, 1600 PENNSYLVANIA AVENUE NW, WASHINGTON DC

20500.  OBAMA HAS BEEN IGNORING THE "IMPROPER ACTIONS AND

SYSTEMIC MALFUNCTIONS IN HIS ORGANIZATION", OVER THE PAST

YEAR AND A HALF, "AGAINST BIG JOHN AND 1000 OTHERS (RELATIVE TO THE

"$ 50 MILLION ENERGYTEC INC PONZI SCHEME THEFT")"!  OBAMA HAD

DEPRIVED BIG JOHN OF HIS CONSTITUTIONAL RIGHT TO DUE PROCESS, AND

OBAMA ALSO <u>ALLOWED THE VIOLATIONS OF IRC SECTION 6103 (INCLUDING</u>
<u>SLANDER AND INVASION OF PRIVACY) AGAINST JOHN J PETITO BY THE OTHER</u>
<u>GOVERNMENT DEFENDANTS</u>!  OVER THE PAST YEAR AND A HALF, BIG JOHN HAD
REPEATEDLY SENT LETTERS TO OBAMA COMPLAINING ABOUT SUCH
<u>IRS EMPLOYEE "INTENTIONAL AND MALICIOUS DISREGARD OF THE TAX LAW</u>
<u>AGAINST BIG JOHN AND 1000 OTHERS, VIOLATIONS OF DUE PROCESS AGAINST</u>
<u>BIG JOHN AND 1000 OTHERS, SLANDER AGAINST BIG JOHN, DISCLOSING OF</u>
<u>BIG JOHN'S PERSONAL TAX INFORMATION TO OTHERS, THREATS MADE TO BIG</u>
<u>JOHN BY THEODORE LEIGHTON THAT HE WILL CONTINUE TO TRY TO KILL BIG</u>
<u>JOHN'S BROTHER (A BROTHER TO BIG JOHN), MARGARET BUROW'S "HIDING OF</u>
<u>TWO NEW JERSEY IRS EMPLOYEES FROM INVESTIGATION" WHO WERE CRIMINALS</u>
<u>FOR ATTACKING AN EMPLOYEE, AND DEFAMATION OF BIG JOHN'S CHARACTER</u>!
OBAMA IGNORED SUCH LETTERS!  CURRENTLY, <u>DEFENDANTS SHULMAN,</u>
<u>GEITHNER, ROBERTSON, WILKINS, LEIGHTON, KERRIGAN, OTHER IRS</u>
<u>ATTORNEYS, AND THE OTHER GOVERNMENT DEFENDANTS ARE "HELPING TO</u>
<u>CONTINUE THE ENERGYTEC INC FRAUD AND THEFT AGAINST BIG JOHN AND</u>
<u>1000 OTHERS," BY "STEALING THE MONEY LOST DEDUCTION FROM" FROM THE</u>
<u>TAX RETURNS OF BIG JOHN AND 1000 OTHERS</u>!

19.  DEFENDANT DOE NUMBER ONE ("DOE 1"), IS AN INDIVIDUAL WHO
IS WORKS AT THE IRS, OGDEN UT OFFICE; AND IS THE SUPERVISOR TO
DEFENDANT PASSEY (DURING JULY 2009).  "DOE 1"PASSEY IS ALSO KNOWN,
IN SOME CIRCLES, AS <u>DOE "SCARED GHOST" 1</u> DUE TO HER
HID HERSELF FROM BIG JOHN!  WHILE BIG JOHN WAS PERFORMING HIS
CRIMINAL INVESTIGATION, "DOE 1" REFUSED TO COME TO THE
TELEPHONE AND REFUSED TO GIVE HER NAME (WHICH IS AN IRS CRIME)!
"DOE 1" <u>"CRIMINALLY HELPED HIDE EVERETT'S NAME AND LOCATION"</u> FROM

-21-

BIG JOHN, WHILE BIG JOHN WAS PERFORMING HIS CRIMINAL INVESTIGATION OF EVERETT (BEFORE HE FOUND EVERETT'S NAME)!  ALSO, CRIMINALLY, "DOE 1" REFUSED TO COME TO THE TELEPHONE WHEN BIG JOHN ASKED TO TALK TO HER (SHE NEEDS TO BE ADDED AS A DEFENDANT WHEN HER NAME IS REVEALED)!  "DOE 1" IS GUILTY OF VIOLATING MANY IRS LAWS AND OBSTRUCTED JUSTICE!  "DOE 1" IS A CONSPIRATOR WITH EVERETT, AND WHEN THE PROPER JUSTICE IS BESTOWED UPON EVERETT, PASSEY WILL LIKEWISE BE DEALT WITH ACCORDINGLY!  "DOE 1" HELPED IN EVERETT'S REVEALING OF BIG JOHN'S PERSONAL TAX INFORMATION TO OTHERS, AND HELPED IN THE DEFAMATION OF BIG JOHN'S CHARACTER!  CURRENTLY, DEFENDANTS SHULMAN, GEITHNER, ROBERTSON, WILKINS, LEIGHTON, KERRIGAN, OTHER IRS ATTORNEYS, AND THE OTHER GOVERNMENT DEFENDANTS ARE "HELPING TO CONTINUE THE ENERGYTEC INC FRAUD AND THEFT AGAINST BIG JOHN AND 1000 OTHERS," BY "STEALING THE MONEY LOST DEDUCTION FROM" FROM THE TAX RETURNS OF BIG JOHN AND 1000 OTHERS! THE UNITED STATES ATTORNEY IS HEREBY ORDERED TO PROVIDE BIG JOHN WITH "DOE 1'S" FULL NAME, IRS EMPLOYEE NUMBER, AND CONTACT INFORMATION!

20.  PLAINTIFF INCORPORATES EACH AND EVERY ALLEGATION SET FORTH HEREIN IN PARAGRAPHS 1 THROUGH 19 (INCLUSIVE) AS IF FULLY SET FORTH HEREIN.  AS A DIRECT AND PROXIMATE RESULT OF EACH AND EVERY PARAGRAPHS 1 THROUGH 19 (INCLUSIVE), INCLUDED HERE IN PARAGRAPH 20, THROUGH INCORPORATING LANGUAGE IN THE FIRST SENTENCE IN THIS PARAGRAPH 20, PLAINTIFF HAS SUFFERED SUBSTANTIAL DAMAGES IN AMOUNT TO BE PROVEN AT TRIAL, ESTIMATED NOW TO BE IN EXCESS OF

-22-

$ 2 BILLION, JOINTLY AND SEVERALLY AGAINST THE DEFENDANTS (DAMAGES INCLUDE, BUT NOT LIMITED TO FINANCIALLY, EMOTIONALLY, PROFESSIONALLY, MARITALLY, HEALTH-WISE, AND DEPRIVATION OF BIG JOHN'S OTHERWISE ENJOYMENT OF LIFE)!

## JURISDICTION AND VENUE

21.  JURISDICTION IS PROPER IN THIS COURT PURSUANT TO UNITED STATES CODE. ADDITIONALLY, JURISDICTION IS PROPER DUE TO DIVERSITY OF CITIZENSHIP; 28 U.S.C. 1332!

22.  VENUE IS PROPER SINCE DEFENDANTS INCLUDE UNITED STATES GOVERNMENTAL AGENCIES; AS WELL AS DIVERSITY.

## JURY DEMAND

23.  PLAINTIFF RESPECTFULLY REQUESTS A JURY ON ALL CLAIMS AND CAUSES OF PROPERLY TRIABLE BEFORE A JURY.

## PRAYER SECTION

WHEREFORE, PLAINTIFF PRAYS FOR JUDGMENT AS FOLLOWS:

1.  FOR DAMAGES IN AN AMOUNT TO BE PROVEN AT TRIAL, AND

2.  FOR COSTS AND REASONABLE PRO-SE ATTORNEY FEES (SUCH ATTORNEY BEING "PRO-SE NON-ATTORNEY" JOHN J PETITO - aka PETITO CONSIGLIERE COMPARATO AS UN AVVOCATO CORTILE POSTERIORE), AND

3.  FOR SUCH OTHER AND APPROPRIATE RELIEF AS DEEMED APPROPRIATE BY THE JURY AND THE COURT.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING
DOCUMENT AND ALL STATEMENTS IN IT ARE TRUE AND CORRECT, TO
THE BEST OF MY KNOWLEDGE.

DATED: NORTH WOODMERE  NY
       JULY 30, 2010

                                RESPECTFULLY SUBMITTED,

                                JOHN J PETITO,
                                PLAINTIFF  PRO SE
                                C/O PETITO COMPARATO AS UN AVVOCATO
                                CORTILE POSTERIORE
                                ONE SANFORD COURT
                                NORTH WOODMERE  NY    11581
                                TEL: (516) 791-1306

# EXHIBIT "A"

CRIMINAL JEFFREY THALER'S
8/21/08 FALSE AFFIDAVIT OF SERVICE
(AS PROCESS SERVER 8/21/08)

+

CRIMINAL CRAIG THALER'S
3/22/07 STATE COURT CASE (06-11021)
FALSE AFFIDAVIT OF SERVICE
(AS PROCESS SERVER 3/22/07)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
_____

JOMAR OIL LLC.


            V.


ENERGYTEC, INC. ET AL
_____

**ATTORNEY:**
Richard A. Smith
Lynn Tillotson Pinker & Cox  LLP
Case  No. 3-07CV 1782-L
Date of Filing : 8/19/08

## Affidavit of Service

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT  IS NOT A
PARTY TO THIS ACTION AND IS OVER THE AGE OF 18 YEARS AND RESIDES WITHIN THE STATE OF
NEW YORK.

That on August 21, 2008 at 9;48 a.m. at One Sanford Court, Woodmere, N.Y. 11581

Deponent served the within <u>Summons and Third Party Complaint in a Civil Action</u>

 upon <u>JOHN J. PETITO</u>

<u>(Individual)</u>
by delivering a true copy of each to said individual <u>PERSONALLY</u> and deponent knew the person so
served to be the person described in said documents as said person therein.

<u>Deponent describes the individual served as follows:</u>

| <u>Sex</u> | <u>Skin Color</u> | <u>Hair Color</u> | <u>Age</u> | <u>Height</u> | <u>Weight</u> |
|------|------------|------------|-----|--------|--------|
| Male | white | brown | 50 | 5'10" | 400 |

Other Identifying Features: moustache
Remarks: There were two (2) Vehicles at the premises, Red Chrysler 300 Lic.  No. TAX WIZRD and
A gray Honda Element Lic.  No. PETITO 1

<u>(Non-Military)</u>
Deponent asked the recipient whether he  was in active military service of the United States
or of the State of New York in any capacity whatsoever and received a negative reply. Defendant wore ordinary
civilian clothes and no military uniform. The source of my information and the grounds of my belief are the
conversations and observations above narrated. Upon information and belief I aver that the Defendant is not in
the military service of New York State or of the United States  as the term is defined in either the State or in the
Federal Statutes.

(X) <u>The Index No. and Date of Filing were endorsed upon the documents so served.</u>


                                                          Jeffrey L. Thaler
                                                          License No.1255477

Sworn to before me on August 26, 2008


ALEX GOSHAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01R06030066
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES SEPTEMBER 7, 2009

# ORIGINAL

Certified Lawyers Service

Case 2:10-cv-03497-SJF -ARL   Document 1   Filed 07/30/10   Page 27 of 36
Case 3:07-cv-01782-L   Document 89   Filed 07/01/09   Page 14 of 20   PageID 2765
Case 3:07-cv-01782-L   Document 65   Filed 09/04/2008   Page 2 of 2

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Northern | District of | Texas, Dallas Division |

Jomar Oil LLC

v.

Energytec, Inc. et al.

*3rd Pty Compl-*
SUMMONS IN A CIVIL ACTION

CASE NUMBER:   3-07CV1782-L

TO: (Name and address of Defendant)

John J. Petito
One Sanford Court
Woodmere, New York 11581

**YOU ARE HEREBY SUMMONED** and required to serve on

Richard A. Smith
Lynn Tillotson Pinker & Cox, LLP
750 N.St. Paul Suite 1400
Dallas, Texas 75201

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

CLERK

(By) DEPUTY CLERK

AUG 1 9 2008

DATE

03/23/2007  13:05    2394448                    CERTIFIED                         PAGE  02

IN THE DISRICT COURT: 14TH JUDICIAL DISTRICT          **ATTORNEY:**
DALLAS COUNTY, TEXAS                                  Lynn Tillotson & Pinker, LLP
                                                     Cause No. 06-11021

REDWATERPET OIL & GAS ROYAL OIL FAMILY
DELECTATION , LLC.
A New York limited liability company
                        Plaintiff
                    v.

ENERGYTEC INC., a Nevada corporation,

                        Defendant/Third Party Plain
                    v.

FRANK W. COLE, individually and d/b/a
FRANK W. COLE ENGINEERING, and
JOHN J. PETITO, an individual,
                        Third Party Defendants.

STATE OF NEW YORK:COUNTY OF NASSAU: ss:            **Affidavit of Service**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A
PARTY TO THIS ACTION AND IS OVER THE AGE OF 18 YEARS AND RESIDES WITHIN THE STATE OF
NEW YORK.

That on   March 22, 2007 at 5:58 p.m. in the lobby of the Pennsylvania Hotel at 401 Seventh Ave., New York, N.Y.

Deponent served the within   Citation and Defendant's Third –Party Petition  upon :JOHN J. PETITO

(Individual)

by delivering a true copy of each to said individual **PERSONALLY** and deponent knew the person so
served to be the person described in said documents as said person therein.

Deponent describes the individual served as follows:
| Sex | Skin Color | Hair Color | Age | Height | Weight |
|-----|-----------|-----------|-----|--------|--------|
| Male | white | brown/gray | 55-60 | 5'8"-5'10" | 350-400 |

Remarks: John J. Petito had just exited the elevators when I stopped him, and asked him if he was
John J. Petito, he answered "Yes, who are you and what do you want?" I then told him I was serving
Him with a Citation and Defendant's Third Party Petition. He took the documents and threw them on
the floor, calling me certain profanities which I will not put in this Affidavit.

                                            _____
                                                   Craig Thaler

Sworn to before me on March 23, 2007

              ALIZA ROMAN
        NOTARY PUBLIC, STATE OF NEW YORK
                NO. 01RO6096995
          QUALIFIED IN NASSAU COUNTY
      COMMISSION EXPIRES SEPTEMBER 7, 2009

                                            **EXHIBIT A**

                                                          Certified Lawyers Service

# EXHIBIT "B"

TRAVEL DOCUMENTS * SHOWING THAT
JOHN J PETITO WAS IN HAWAII FROM
7/24/08 TO 8/24/08 !!

① AMERICAN AIRLINES COMPLETED TRAVEL TICKET
② ACCOMMODATIONS DURING 8/16/08 - 8/23/08
③ RENTAL CAR USED 8/16/08 - 8/24/08

*PERSONAL INFO REDACTED

Case 2:10-cv-03497-SJF -ARL   Document 1   Filed 07/30/10   Page 30 of 36
American Airlines Refunds | Request a Refund | Step 2 - Ticket Lookup          Page 1 of 1
Case 3:07-cv-01782-L   Document 89   Filed 07/01/09   Page 17 of 20   PageID 2768



If you would like to request a refund on the displayed ticket, click "CONTINUE".

Ticket Number 0012104645803

**Refund Status**

No refund requests have been entered for this ticket.

**Ticket Type**

| | |
|---|---|
| Ticket Type | Flight Coupon |
| Electronic | NO |

**Passenger Data**

| | |
|---|---|
| Passenger Name | PETITO, JOHN |

**Sale Data**

| | |
|---|---|
| Issue Date | 1/13/2008 |
| Sale Date | 1/13/2008 |
| Sale Amount | 16.00 USD |

| Form of Payment | Number | Expiration Date |
|---|---|---|
| Credit Card | XXXXXXXXXXXX | N/A |

| AAdvantage Purchase | | N/A |
|---|---|---|

**Itinerary**

| Coupon | Flight | Departing | Arriving | Refundable? | Code | Fee | Status | Exchanges |
|---|---|---|---|---|---|---|---|---|
| 001 | 1821 | NEW YORK CITY/JF 7/24/2008 08:30:00 | DALLAS-FT WORTH | | Z/AVAA92 | | USED | |
| 002 | 0005 | DALLAS-FT WORTH 7/24/2008 12:45:00 | HONOLULU | | Z/AVAA92 | | USED | |
| 003 | | HONOLULU | KONA | | VOID | | USED | |
| 004 | 0248 | KONA 8/24/2008 21:30:00 | LOS ANGELES | | Z/AVAA92 | | USED | |

Ticket Number 0012104645804

| 005 | 0119 | LOS ANGELES 8/25/2008 06:45:00 | NEW YORK CITY/JF | | U/AVAA92 | | USED | |
|---|---|---|---|---|---|---|---|---|

**Travel Agency Data**

| | |
|---|---|
| Travel Agency Name | *TADS ISSUE INFO TEMP |
| Travel Agency Number | 4516541 |
| Address | NOT AVAILABLE. * |

     

Airline Tickets | AA Careers | Copyright | Legal | PRIVACY POLICY | Customer Service Plan | Browser Compatibility | Site Map

Jun-29-2009 07:14pm   From-SHELL MANAGEMENT                8083228217            T-207   P.001/001   F-812



# KONA COAST RESORT

Ms. Amanda Petito
1 Sanford CT

N Woodmere, NY 11581

Company:                    Booking Reference:

| | |
|---|---|
| Room No. | :  25101 |
| Date: | :  06-29-09 |
| Arrival | :  08-16-08 |
| Departure | :  08-23-08 |
| Conf. No. | :  920902 |
| Folio No. | :  38093 |
| Page No. | :  1 of 1 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-16-08 | Hawaii State TSO Tax | 4.41 | |
| 08-17-08 | Hawaii State TSO Tax | 4.41 | |
| 08-18-08 | Hawaii State TSO Tax | 4.41 | |
| 08-19-08 | Hawaii State TSO Tax | 4.41 | |
| 08-20-08 | Hawaii State TSO Tax | 4.41 | |
| 08-21-08 | Hawaii State TSO Tax | 4.41 | |
| 08-22-08 | Hawaii State TSO Tax | 4.41 | |
| 08-23-08 | Visa | | 30.87 |
| | **Total** | 30.87 | 30.87 |
| | **Balance** | | 0.00 |

We hope your stay with us was exceptional, During check out or upon your return home, you may receive a survey to rate your stay with us. If for any reason we have not
received your highest review, please give us a call at the number below so we may address your concerns promptly. We welcome and encourage your comments, as they are
key to our success.

SHELL VACATIONS HOSPITALITY
"Pointing the Way"
78-6842 Alii Drive ~ Kailua-Kona, HI 96740 ~ Phone:(808) 324-1721 ~ Fax (808) 322-8717

**Alamo**

| RA # 514845206 | RES # 538283381 | MODIFY | |
|---|---|---|---|
| JOHN PETITO<br>NORTH WOODMERE, NY 11581-2504 | CONTRACT ID MODRATE<br>EXT REF # | QS #<br>FT # | |

| RENTAL LOCATION | RENTAL DATE | RETURN LOCATION | RETURN DATE |
|---|---|---|---|
| KONA ARPT (888)826 6893<br>KE-AHOLE AIRPORT<br>P.O. BOX 4449<br>KAILUA-KONA, HI 96745 | 16-AUG-2008<br>**RENTAL TIME**<br>09:45 AM<br><br>**CHARGED DATE**<br>16-AUG-2008<br>**CHARGED TIME**<br>10:10 AM | KONA ARPT (888)826 6893<br>KE-AHOLE AIRPORT<br>P.O. BOX 4449<br>KAILUA-KONA, HI 96745 | 24-AUG-2008<br>**RETURN TIME**<br>09:00 PM |

| RATE RULES AND QUALIFICATIONS   INITIAL X _JJP_ | VEHICLE INFORMATION | |
|---|---|---|
| INTERNET WEEKLY 8 DAY<br>Min. rental 8 days<br>Max. rental 28 days | RESERVED<br>DRIVEN<br>CHARGED<br>MAKE<br>MODEL<br>COLOR<br>ODOMETER<br>PLATE<br>REG AREA<br>VEHICLE #<br>BAY<br>STALL | Mini Van Auto A/C<br>Mini Van Auto A/C<br>Mini Van Auto A/C<br>CHEVROLET<br>UPLANDER LT<br>BEIGE<br>22191<br>HJZ579<br>HI<br>8D103220<br>D2 |

| CHARGES | UNIT | PRICE/UNIT | CURRENT CHARGE |
|---|---|---|---|
| RENTER'S RESPONSIBILITY | | | |
| * TIME & DISTANCE | WEEK | 284.00 X 1 | 284.00 |
| * EXTRA - TIME & DISTANCE | Day | 63.11 X 2 | 126.22 |
| * EXTRA - TIME & DISTANCE | Hour | 21.04 X | 0.00 |
| * UNLIMITED MILES/KM-TIME & DISTANCE | M/KM | 0.00 X | 0.00 |
| * QUALITY SERVICE PROGRAM | Rental | -40.00 X 1 | -40.00 |
| * REFUELING SERVICE CHARGE | Gallon | 6.60 X | 0.00 |
| * AIRPORT CONCESSION FEE RECOVERY @ 8.11% | | | 30.28 |
| RENTAL MOTOR VHCLE SCHG 3.00 USD/DY | Day | | 27.00 |
| * VEHICLE REG FEE AND WEIGHT TAX | Day | | 2.52 |
| SALES TAX 4.17% | | | 16.79 |
| FFTXRSU | | | 0.60 |

ESTIMATED CHARGES                                        447.41   **INITIAL X** _JJP_

PAYMENTS

Auth #

I DECLINE OPTIONAL ALAMO PROTECTION PLUS (APP) AS OF 16-AUG-2008 10:10 AM. X _JJP_ _____

I DECLINE OPTIONAL COLLISION DAMAGE WAIVER AS OF 16-AUG-2008 10:10 AM. X _JJP_ _____

I DECLINE OPTIONAL EXTENDED PROTECTION (EP) AS OF 16-AUG-2008 10:10 AM. X _JJP_ _____

I DECLINE OPTIONAL CAREFREE PERSONAL PROTECTION COVERAGE (PERSPRO) AS OF 16-AUG-2008 10:10 AM. X _JJP_ _____

I DECLINE ALAMO 'S OPTIONAL ROADSIDE SERVICE PLUS AS OF 16-AUG-2008 10:10 AM X _JJP_ _____

DRIVING ON UNPAVED ROADS IS PROHIBITED AND VOIDS COVERAGE. MINIMUM $50 CLEANING FEE FOR CARS RETURNED WITH EXCESSIVE MUD OR SAND.

I AGREE TO PROMPTLY PAY PARKING CITATIONS TO THE ISSUER OR PAY ALAMO THE COST OF EACH CITATION, PLUS AN ADMINISTRATIVE FEE OF $20. X _JJP_

**NO ADDITIONAL DRIVERS ARE AUTHORIZED TO DRIVE THE VEHICLE WITH THE EXCEPTION OF THE DRIVERS LISTED BELOW.**

YOU AGREE TO ALL PROVISIONS CONTAINED WITHIN THIS AGREEMENT, INCLUDING THOSE CONTAINED WITHIN ALAMO'S RENTAL AGREEMENT JACKET AND ALL APPLICABLE OPTIONAL PRODUCT BROCHURES, AND YOU ACKNOWLEDGE RECEIPT OF EACH OF THEM. YOU UNDERSTAND AND AGREE THAT, TO THE EXTENT PERMITTED BY LAW, IF YOU DO NOT COMPLY WITH CERTAIN KEY PORTIONS OF THIS AGREEMENT (AND, WHERE APPLICABLE, THE TERMS OF ANY ASSOCIATED CORPORATE,

**RA # 514845206**
PAGE 1 OF 2

**Alamo**  RA # 514845206
PAGE 2 OF 2

GOVERNMENT, OR TOUR ACCOUNT AGREEMENT), ALL COLLISION DAMAGE
WAIVER, LIABILITY INSURANCE AND UNINSURED/UNDERINSURED
MOTORIST BENEFITS, AND CERTAIN OTHER OPTIONAL PRODUCTS, IF ANY,
DESCRIBED IN THIS AGREEMENT ARE VOID AND, THUS, WILL NOT BE
PROVIDED.

RENTER : _____

THANK YOU FOR RENTING WITH ALAMO RENT A CAR

# EXHIBIT "C"

SWORN AFFIDAVITS OF 3 PEOPLE : PROVING THAT JOHN J PETITO WAS IN HIS SUITE IN THE HOTEL PENNSYLVANIA (ON 17TH FLOOR) WHEN CRAIG THALER LIED THAT JOHN J PETITO WAS SERVED PERSONALLY BY HIM IN LOBBY (SUPPOSEDLY)!

April 7, 2007

To whom it May Concern:

I was in a meeting with John J. Petito to discuss my taxes on March 22, 2007 between 4:30 PM and 6:30 PM in Room 1750 at The Hotel Pennsylvania in New York City. During our meeting there were no interruptions and neither Mr. Petito nor I left the room.

Albert Mari, Jr.

BRIDGET A. McVAY
Notary Public, State of New York
No. 4979747
Qualified in Nassau County
Term Expires April 8, 2011

April 5, 2007

To whom it may concern:

This letter is confirming that Valerie Manna and Pamela Taaffe were with their accountant, John J Petito on Thursday March 22, 2007 between the hours of 6:30 and 9:30pm in room # 1750 at the Hotel Pennsylvania, NY, NY.  Mr. Petito did not leave the room at anytime during our 6:30 – 9:30 appointment.

Sincerely,

Valerie J. Manna

Pamela M. Taaffe

BRUCE A. SHAPIRO
Notary Public
State of New Jersey
My Commission Expires February 25, 2009