

**U.S. Department of Justice**

**Tax Division**

|  |  |
|---|---|
| | *Please reply to:  Civil Trial Section, Northern Region* |
| *Facsimile No. (202) 514-5238* | *P.O. Box 55* |
| *Trial Attorney: Laura Beckerman* | *Ben Franklin Station* |
| *Attorney's Direct Line: (202) 307-6560* | *Washington, D.C.  20044* |

KK:DPM:LRIsrael
5-52-19515
CMN 2010103252                                                July 12, 2010


VIA U.S. MAIL AND EMAIL

John J. Petito
One Sanford Court
North Woodmere, NY 11581
(516) 791-1306
PETACO@aol.com
PRO SE

                    Re: Case No. 10-cv-03497-SJF-GRB

Dear Mr. Petito:

        As per Rule 4 of the Individual Motion Practices and Rules of Judge Feuerstein, I enclose
the following documents related to the United States' Motion to Dismiss, which will be filed on
the docket once the motion is fully briefed:

(1) Notice of Motion;
(2) Motion;
(3) Memorandum in support of Motion.


                                        Sincerely,

                                        */s/ Rebecca Israel*
                                        REBECCA ISRAEL
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        P.O. Box 55, Ben Franklin Sta.
                                        Washington, DC 20044
                                        Telephone: (202) 616-1878
                                        Facsimile: (202) 514-5238
                                        Email: Rebecca.israel@usdoj.gov