FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★  FEB 21 2013  ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOHN J. PETITO, et al.,

                Plaintiffs,

      -against-

JEFFREY L. THALER, et al.,

                Defendants.
-------------------------------------------------------------X

**ORDER TO SHOW CAUSE
10-CV-3497 (SJF)(GRB)**

FEUERSTEIN, United States District Judge:

During a pretrial conference in this action held before me on June 28, 2012, at which *pro se* plaintiff John J. Petito ("plaintiff") was present, I, *inter alia*, scheduled a further pretrial conference in this action on December 10, 2012 at 11:15 a.m. (Doc. No. 32). When plaintiff failed to appear for the December 10, 2012 conference, the pretrial conference was re-scheduled to be held before me on February 21, 2013 at 11:15 a.m. (Doc. No. 52). The Clerk of the Court mailed a copy of the minute entry for the December 10, 2012 pretrial conference to plaintiff at his address of record. Plaintiff was clearly aware of the February 21, 2013 conference date, as he requested an adjournment of that date. (Doc. No. 53). Plaintiff's application to adjourn the February 21, 2013 pretrial conference was denied; a copy of the order denying his application was mailed to plaintiff at his last known address; and staff from the Court's pro se office called plaintiff the day prior to the February 21, 2013 conference and left him a message on his voicemail regarding the denial of his application to adjourn the conference. (Doc. No 54). Nonetheless, plaintiff again failed to appear for the pretrial conference on February 21, 2013. Accordingly, plaintiff is hereby,

ORDERED to show cause, **by serving and filing an affidavit on or before 5:00 p.m. on March 4, 2013,** why this action should not be dismissed with prejudice pursuant to Rules 16(f) and 41(b) of the Federal Rules of Civil Procedure for failure to appear at this Court's pretrial conferences and to prosecute this action, respectively. See Lewis v. Rawson, 564 F.3d 569, 575 (2d Cir. 2009)

(holding that Rule 41(b) explicitly sanctions dismissal of an action for failure to prosecute); U.S. ex rel. Drake v. Norden Systems, Inc., 375 F.3d 248, 250 (2d Cir. 2004) (holding that a district judge's authority to dismiss an action based upon a plaintiff's failure to prosecute is expressly recognized by Rule 41(b)); Houghton v. Culver, 467 Fed. Appx. 63, 64-5 (2d Cir. Mar. 20, 2012) (summary order) (recognizing that Rule 16(f) authorizes dismissal of action as a sanction for failure to participate in pretrial conferences).

**PLAINTIFF IS ADVISED THAT HIS FAILURE TO FILE AN AFFIDAVIT IN ACCORDANCE WITH THIS ORDER TO SHOW CAUSE WILL RESULT IN THIS ACTION BEING DISMISSED IN ITS ENTIRETY WITH PREJUDICE PURSUANT TO RULES 16(f) AND 41(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE WITHOUT FURTHER NOTICE.**

Plaintiff is further advised that the pretrial conference is re-scheduled to be held before me **on March 7, 2013, at 11:15 a.m.,** in Courtroom 1010, located at 100 Federal Plaza, Central Islip, New York 11722, and that his failure to appear at that conference may result in the dismissal of this action with prejudice pursuant to Rules 16(f) and 41(b) of the Federal Rules of Civil Procedure.

Defense counsel is directed to serve plaintiff with a copy of this Order to Show Cause **on or before 5:00 p.m. on February 22, 2013** and to file proof of such service with the Court.

SO ORDERED.

s/ Sandra J. Feuerstein

Sandra J. Feuerstein
United States District Judge

Dated: February 21, 2013
Central Islip, New York